| | | |
|---|---|---|
| **JOHN L. DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FNU HONEYCUTT,** | ) | |
| **FNU MUAREY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the court on a letter from Plaintiff, dated February 22, 2012, in which he seeks to have his Section 1983 Complaint "stopped from being filed and sent back with a brand new complaint form" so he can correct various errors in his initial Complaint, which was filed on February 21, 2012.  The Court will construe the letter as a motion to amend and grant the motion.

  **IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Amend (Doc. No. 3), is **GRANTED**.  The Clerk is directed to send Plaintiff a new Section 1983 Complaint form.


Signed: February 28, 2012


Robert J. Conrad, Jr.
Chief United States District Judge