IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-cv-24-RJC

| | |
|---|---|
| JOHN L. DAVIS, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>FNU HONEYCUTT, )<br>FNU MURRAY, )<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court on a Letter from Plaintiff dated August 22, 2012, (Doc. No. 14), in which Plaintiff states that he has been unable to obtain from Alexander Correctional Institution officials the full names of the two named Defendants in this lawsuit.

It is hereby **ORDERED** that officials at Alexander Correctional Institution shall have twenty (20) days from entry of this Order in which to furnish Plaintiff with the full names of the Defendants named in this lawsuit. Plaintiff indicates in his letter that he understands that two persons by the last name Murray were employed at the prison at all relevant times. To the extent that the prison can ascertain which Murray participated in the conduct alleged in the Complaint, the prison shall furnish that person's full name. Otherwise, the prison shall furnish the names of both persons with the last name of Murray.

After Plaintiff has received the Defendants' names, Plaintiff shall furnish the summons forms to the Clerk for service by the Marshal. With regard to service of process, if Defendants do not waive service at their home addresses, their current place of employment shall furnish Defendants' home addresses to the U.S. Marshal. The summons and executed summons that

1

will be served on Plaintiff after service is effectuated shall be redacted so that Defendants' home addresses are not included. Once the Court receives the summonses from Plaintiff, the Court will then direct the U.S. Marshal to effectuate service upon the named Defendants.

**IT IS SO ORDERED**.

Signed: August 29, 2012

Robert J. Conrad, Jr.
Chief United States District Judge